| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS** |
| Case number (if known): _____  Chapter **11** |

☐ Check if this is an amended filing

Official Form 201
**Voluntary Petition for Non-Individuals Filing for Bankruptcy**  06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

1. **Debtor's name**  
   Clements Electric Texas LLC

2. **All other names debtor used in the last 8 years**  
   Include any assumed names, trade names and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**  
   2 7 – 2 5 3 0 9 4 3

4. **Debtor's address**

   **Principal place of business**  
   4409 Chaparral Ct  
   Number   Street

   Alvarado    TX    76009  
   City        State  ZIP Code

   Johnson  
   County

   **Mailing address, if different from principal place of business**  
   Number   Street  
   P.O. Box  
   City      State   ZIP Code

   **Location of principal assets, if different from principal place of business**  
   Number   Street  
   City      State   ZIP Code

5. **Debtor's website (URL)**  
   clementselectric.com

6. **Type of debtor**  
   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
   ☐ Partnership (excluding LLP)  
   ☐ Other. Specify: _____

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 1

Debtor **Clements Electric Texas LLC** _____  Case number (if known) _____

**7. Describe debtor's business**

A. Check one:

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

B. Check all that apply:

- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes

____  ____  ____  ____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

Check one:

- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11.   Check all that apply:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

Debtor **Clements Electric Texas LLC** _____   Case number (if known) _____

| | | |
|---|---|---|
| 9. | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br><br>If more than 2 cases, attach a separate list. | ☑ No<br>☐ Yes. District _____ When _____ Case number _____<br>         MM / DD / YYYY<br>District _____ When _____ Case number _____<br>         MM / DD / YYYY<br>District _____ When _____ Case number _____<br>         MM / DD / YYYY |
| 10. | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br><br>List all cases. If more than 1, attach a separate list. | ☑ No<br>☐ Yes. Debtor _____ Relationship _____<br>District _____ When _____<br>         MM / DD / YYYY<br>Case number, if known _____<br><br>Debtor _____ Relationship _____<br>District _____ When _____<br>         MM / DD / YYYY<br>Case number, if known _____ |
| 11. | **Why is the case filed in _this district_?** | _Check all that apply:_<br><br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

Official Form 201  **Voluntary Petition for Non-Individuals Filing for Bankruptcy**  page 3

Debtor **Clements Electric Texas LLC** _____    Case number (if known) _____

| 12. | Does the debtor own or have possession of any real property or personal property that needs immediate attention? | ☑ No ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed. |

**Why does the property need immediate attention?**    *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number    Street

_____

_____    _____    _____
City    State    ZIP Code

**Is the property insured?**
☐ No
☐ Yes.    Insurance agency _____
           Contact name _____
           Phone _____

### Statistical and adminstrative information

**13. Debtor's estimation of available funds**
*Check one:*
☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**
☑ 1-49              ☐ 1,000-5,000        ☐ 25,001-50,000
☐ 50-99             ☐ 5,001-10,000       ☐ 50,001-100,000
☐ 100-199           ☐ 10,001-25,000      ☐ More than 100,000
☐ 200-999

**15. Estimated assets**
☐ $0-$50,000                ☐ $1,000,001-$10 million        ☐ $500,000,001-$1 billion
☑ $50,001-$100,000          ☐ $10,000,001-$50 million       ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000         ☐ $50,000,001-$100 million      ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million       ☐ $100,000,001-$500 million     ☐ More than $50 billion

**16. Estimated liabilities**
☐ $0-$50,000                ☐ $1,000,001-$10 million        ☐ $500,000,001-$1 billion
☐ $50,001-$100,000          ☐ $10,000,001-$50 million       ☐ $1,000,000,001-$10 billion
☑ $100,001-$500,000         ☐ $50,000,001-$100 million      ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million       ☐ $100,000,001-$500 million     ☐ More than $50 billion

Debtor **Clements Electric Texas LLC** _____    Case number (if known) _____

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **10/30/2024**
MM / DD / YYYY

X **/s/ Michel Clements**
Signature of authorized representative of debtor

**Michel Clements**
Printed name

**Owner**
Title

**18. Signature of attorney**

X **/s/ Joyce W. Lindauer**    Date **10/30/2024**
Signature of attorney for debtor    MM / DD / YYYY

**Joyce W. Lindauer**
Printed name

**Joyce Lindauer**
Firm name

**Joyce W. Lindauer Attorney, PLLC**
Number    Street
**1412 Main Street, Suite 500**

**Dallas**    **TX**    **75202**
City    State    ZIP Code

**(972) 503-4033**    **joyce@joycelindauer.com**
Contact phone    Email address

**21555700**    **TX**
Bar number    State

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

IN RE:   **Clements Electric Texas LLC**                                            CASE NO

                                                                                    CHAPTER   **11**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  10/30/2024                                    Signature  /s/ Michel Clements
                                                               *Michel Clements*
                                                               *Owner*

Date  _____                           Signature  _____

American Express
P O Box 360001
Fort Lauderdale, FL 33336

Attorney General of Texas
Bankruptcy Div
PO Box 12548
Austin, TX 78711-2548

CHTD Company
P.O. Box 2576
Springfield, IL 62708

City Electric Supply Company
400 S Record Street
Dallas, TX 75202

CJ Kortes
Rockwall, TX

Comptroller of Public Accts
Revenue Acctg Div Bankruptcy Sec
PO Box 13528
Austin, TX 78711

Consolidated Electric Supply
1920 Westridge Drive
Irving, TX 75038

De Lage Landen Financial Services, Inc.
1111 Old Eagle School Road
Wayne, PA 19087

Dedicated Financial
4000 Lexington Ave North
Suite 125
Shoreview, MN 55126

```
Elliott Electrical Supply
2526 North Stallings Drive
Nacogdoches, TX 75963



Equipment Share
Attn: Tim Johnson
2000 E. Broadway, Box 124
Columbia, MO 65201



Honda of Burleson
632 N Burleson Blvd
Burleson, TX 76028



Internal Revenue Service
Mail Code DAL-5020
1100 Commerce Street
Dallas, Texas  75242



Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346



J D Herberger & Associates, PC
11767 Katy Freeway, Suite 920
Houston, TX 77079



NTTA
P.O. Box 260928
Plano, TX 75026-0928



On Deck Capital
4700 W Daybreak Pkwy Suite 200
South Jordan, UT 84009



Synchrony Bank
P.O. Box 71715
Philadelphia, PA 19176
```

```
U. S. Trustee's Office
1100 Commerce Street
Room 976
Dallas, TX 75242


US Attny. General
10th and Constitution Ave.,NW
Main Justice Bldg. Rm. 5111
Washington, DC 20530


Yellow Rose Propane
4112 E Hwy 67
Cleburne, TX 76031
```