

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

*Michelle V. Larson*

**Signed April 7, 2025**

_____
**United States Bankruptcy Judge**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| CLEMENTS ELECTRIC TEXAS LLC, | § | CASE NO. 24-33418-mvl |
| | § | Chapter 11 |
| Debtor. | § | |

### ORDER GRANTING DEBTOR'S APPLICATION TO EMPLOY
### UTS, LLC AS MANAGEMENT COMPANY

CAME ON FOR CONSIDERATION the *Debtor's Application for Order Authorizing the Employment of UTS, LLC as Management Company* (the "Application") filed by Clements Electric Texas, LLC ("Debtor"). The Court, having reviewed the pleading and argument of counsel, finds that the Application should be granted as provided in this Order. It is accordingly,

ORDERED, ADJUDGED, and DECREED that UTS, LLC (the "Management Company") is hereby approved as Management Company for the Debtor effective as of July 1, 2024; and it is further

ORDERED, ADJUDGED, and DECREED that the Debtor is hereby authorized to pay the Management Company pursuant to the terms of the Management Agreement on a monthly basis as set forth in the Application; and it is further

ORDERED, ADJUDGED, and DECREED that to the extent Management Company's invoices exceed the amount of $27,500.00 per month the ultimate payment of those fees and expenses will be subject to approval of the Court under 11 U.S.C. § 330; and it is further

ORDERED, ADJUDGED, and DECREED that the Management Company shall maintain detailed contemporaneous records of time and any actual and necessary expenses incurred in rendering the accounting services referenced in the Application.

### # # # END OF ORDER # # #

Submitted by:
Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main St., Ste. 500
Dallas, Texas 75202
ATTORNEYS FOR DEBTOR